*07-2883 MJJ*

## DECLARATION OF SERVICE BY MAIL

Re: <u>Michael Gorman v. Clay</u>.                     Court No: A102310

I, the undersigned, declare that I am over 18 years of age and not a party to the within cause; my business address is *3150 OBYRNES FERRY RD. JAMESTOWN CA 95327* On *3-14-08* I served a true copy of the attached AMENDED PETITION FOR A WRIT OF HABEAS on the following, by placing same in an envelope or envelopes addressed respectively as follows:

/ Attorney General
455 Golden Gate Ave. Suite 11000
San Francisco, CA 94102

Each said envelope was then sealed and deposited in the United States Mail at Tuolumne, California, the county in which I am incarcerated, with the postage thereon fully prepaid.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed on *3-14-08*, at *Jamestown*, ___, California.

*Michael Thomas Gorman*
Declarant