07-2883 MJJ

## DECLARATION OF SERVICE BY MAIL

FILED

Re: <u>Michael Gorman v. Clay</u>.   Court No: A102310 1:17

I, the undersigned, declare that I am over 18 years of age and not a party to the within cause; my business address is 5150 OBYRNES FERRY RD. JAMESTOWN, CA 95327. On 3-14-08 I served a true copy of the attached AMENDED PETITION FOR A WRIT OF HABEAS on the following, by placing same in an envelope or envelopes addressed respectively as follows:

Ivan D. Clay
Sierra Conservation Center
Jamestown, CA 95327

Each said envelope was then sealed and deposited and personally served on TOULOMNE UNIT OFFICE S.C.C. at Jamestown, California, in the county in which I am incarcerated.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed on 3-14-08, at Repressa, California.

_Michael Thomas Gorman_
Declarant