1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

MICHAEL T. GORMAN,                          No. C 07-02883 SBA (PR)

11          Petitioner,              **ORDER GRANTING REQUEST FOR**
                                     **EXTENSION OF TIME FOR**
12    v.                             **RESPONDENT TO FILE ANSWER**

13  IVAN D. CLAY, Warden,

14          Respondent.
                                                    /
15  _____

16      Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus.  The Court

17  directed Respondent to file an answer to the petition.  Respondent now moves for an extension of

18  time to file an answer.  Good cause appearing, the request is GRANTED.  Respondent's answer is

19  due on **May 4, 2009**.  Petitioner's traverse is due **sixty (60) days** after his receipt of the answer.

20      This Order terminates Docket no. 21.

21      IT IS SO ORDERED.

22  DATED: 3/4/09                    _____
                                     SAUNDRA BROWN ARMSTRONG
23                                   UNITED STATES DISTRICT JUDGE

24
25
26
27
28

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GORMAN et al,

        Plaintiff,

  v.

KRAMER et al,

        Defendant.
_____/

Case Number: CV07-02883 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Thomas Gorman Prisoner Id T80924
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: March 6, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California